UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | | |
|---|---|---|
| CHERYL DALTON | : | CASE NO. 3:15-cv-00162-RLY-MPB |
| | : | |
| Plaintiff, | : | Judge Richard L. Young |
| | : | Magistrate Judge Matthew P. Brookman |
| v. | : | |
| | : | |
| TEVA NORTH AMERICA, TEVA WOMEN'S HEALTH, INC., TEVA CLINICAL RESEARCH INC., TEVA NEUROSCIENCE INC., TEVA SALES AND MARKETING, TEVA WOMEN'S HEALTH SALES CORPORATION, BIOCRAFT LABORATORIES INC., TEVA PHARMACEUTICALS USA, INC., UNKNOWN JOHN DOES (1 THROUGH 5) | : | |
| | : | |
| Defendants. | : | |

**DEFENDANTS TEVA WOMEN'S HEALTH, INC., TEVA NEUROSCIENCE INC., AND TEVA PHARMACEUTICALS USA, INC.'S MOTION FOR SUMMARY JUDGMENT**

Defendants Teva Women's Health, Inc., Teva Neuroscience, Inc., and Teva Pharmaceuticals USA, Inc., move, pursuant to Rule 56 of the Federal Rules of Civil Procedure, for an order granting them summary judgment. Defendants state that no genuine issues of material fact exist and that they are entitled to judgment on all claims in Plaintiff's Amended Complaint.

This motion is supported by a Memorandum of Law and the Declaration of Mary Lynn Tate, filed simultaneously herewith.

Respectfully submitted,
*s/ Jeffrey F. Peck*
Jeffrey F. Peck, admitted *pro hac vice*
Joseph P. Thomas (INSD #00749-95)
Mary Lynn Tate, admitted *pro hac vice*
ULMER & BERNE LLP

600 Vine Street, Suite 2800
Cincinnati, Ohio 45202
Phone:  (513) 698-5010
Fax:  (513) 698-5011
jthomas@ulmer.com
jpeck@ulmer.com
mtate@ulmer.com

***Attorneys for Defendants Teva Women's Health, Inc., Teva Neuroscience, Inc., and Teva Pharmaceutical USA, Inc.***

## CERTIFICATE OF SERVICE

I hereby certify that on December 5, 2016, a copy of the foregoing Motion for Summary Judgment was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Gregory D. Curtis
THE LAW OFFICE OF GREGORY CURTIS, PA
17325 NW 27th Ave., Suite 103
Miami Gardens, FL 33056
curtislegalgroup@aol.com

*Counsel for Plaintiff*

                                        *s/ Jeffrey F. Peck*
                                        Jeffrey F. Peck, admitted *pro hac vice*
                                        ULMER & BERNE LLP
                                        600 Vine Street, Suite 2800
                                        Cincinnati, Ohio 45202
                                        Phone: (513) 698-5010
                                        Fax: (513) 698-5011
                                        jpeck@ulmer.com