UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | | |
|---|---|---|
| CHERYL DALTON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 3:15-cv-00162-RLY-MPB |
| | ) | |
| TEVA NORTH AMERICA, TEVA WOMEN'S HEALTH, INC., TEVA CLINICAL RESEARCH INC., TEVA NEUROSCIENCE INC., TEVA SALES AND MARKETING, TEVA WOMEN'S HEALTH SALES CORPORATION, BIOCRAFT LABORATORIES INC., TEVA PHARMACEUTICALS USA, INC., and JOHN DOES (1 THROUGH 5), | ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

**FINAL JUDGMENT**

Consistent with the Entry issued this day, the court now enters final judgment in favor of Defendants and against Plaintiff.

**SO ORDERED** this 11th day of April 2017.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Laura Briggs, Clerk
United States District Court

_____
By: Deputy Clerk

1

Distributed Electronically to Registered Counsel of Record.