UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | | |
|---|---|---|
| CHERYL DALTON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 3:15-cv-00162-RLY-MPB |
| | ) | |
| TEVA NORTH AMERICA, TEVA WOMEN'S HEALTH, INC., TEVA CLINICAL RESEARCH INC., TEVA NEUROSCIENCE INC., TEVA SALES AND MARKETING, TEVA WOMEN'S HEALTH SALES CORPORATION, BIOCRAFT LABORATORIES INC., TEVA PHARMACEUTICALS USA, INC., and JOHN DOES (1 THROUGH 5), | ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

**ORDER ON PLAINTIFF'S MOTION FOR RECONSIDERATION**

On April 11, the court granted Defendants' motion for summary judgment and entered final judgment in their favor. Plaintiff now moves for reconsideration of that ruling. Finding no error, Plaintiff's Motion for Reconsideration (Filing No. 72) is summarily **DENIED**.

**SO ORDERED** this 1st day of June 2017.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record.

Copy to Clerk of the Seventh Circuit Court of Appeals.